IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:24cv1-MHT |
| | ) | (WO) |
| JIMMY ABBETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated at the Tallapoosa County Jail, filed this lawsuit asserting that, during an assault in the jail, his lower lip was completely torn off of his face, and that the defendant sheriff's refusal to allow a helicopter to take plaintiff to the hospital in Atlanta resulted in the permanent loss of his lip and great pain and suffering.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to provide a correct address to the court following a change of address, as

required by court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of October, 2024.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**