IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TYRONE RILEY,            )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>JIMMY ABBETT, et al.,     )<br>                          )<br>     Defendants.          ) | CIVIL ACTION NO.<br>   3:24cv1-MHT<br>       (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to provide a correct address following a change of address as previously ordered.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of October, 2024.

                                 /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**